UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 8:08-CR-315-T-24TGW

DEBORAH CHERYL SAMS
_____/

### ORDER

This matter comes before the Court on a petition alleging violations of the conditions of probation. On October 15, 2009, the US Probation Services Officer filed a petition with the Court (Doc. 36) stating that Defendant Sams violated the conditions of her probation by: (1) testing positive for cocaine on September 28, 2009 in violation of Condition 7 of the Standard Conditions of Supervision; (2) admitting to illegal drug use for cocaine, on September 26, 2009 in violation of Condition 7 of the Standard Conditions of Supervision; (3) failure to make restitution payments in violation of the Court's order, which requires her to make monthly payments of $150.00 and; (4) obtaining new credit/loan without approval in violation of the Special Condition.

On November 10, 2009, the Court conducted a hearing. At the hearing, Defendant Sams admitted to committing violations One through Four as set out above. The Court continued the hearing for 30 days, to see if in that time frame, Defendant Sams could comply with the conditions of her probation, before making a final decision.

On December 10, 2009, the Court reconvened the hearing. At that time, the Court was informed by Defendant Sams that she : (1) is currently unemployed and is actively looking for work; (2) made a payment of $150.00 on December 9, 2009; (3) is participating in group therapy; (4) has refrained from illegal drug use and; (5) has not tested positive for illegal drugs. The probation

officer confirmed the statements made by Defendant Sams and indicated that she is in compliance at this time.

The Court finds that Defendant Sams violated the terms and conditions of her probation. Upon consideration, it is **ORDERED AND ADJUDGED** that she be continued on probation with the original terms and conditions, including : (1) participating in random drug testing; (2) attending group therapy; (3) continuing to make monthly restitution payments and; (4) obtain employment.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of December, 2009.

SUSAN C. BUCKLEW
United States District Judge